UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T3 MICRO, INC., a California Corporation; KENT YU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SGI CO., LTD., a Korean corporation; SHIN WOO GOOD ITEM CORP., a Korean corporation; HAIR TECHNIC, an unknown Korean entity; SUHP HUR, an individual; MIN HUR, an individual and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-09-8783 SJO (AGRx)<br>Assigned to the Hon. S. James Otero<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS SGI CO., LTD., SHIN WOO GOOD ITEM CORP., HAIR TECHNIC, SUHP HUR, AND MIN HUR**<br><br>Complaint Filed: April 27, 2009 |
| SGI CO., LTD., formerly known as SHIN WOO GOOD ITEM CORP., a Korean corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>T3 MICRO, INC., a California Corporation; KENT YU, an individual; and ROES 1 through 10,<br><br>Counter-Defendants. | |

# ORDER

Pursuant to this Court's Order of June 22, 2011 granting plaintiff and counter-defendant T3 Micro, Inc.'s ("T3 Micro") Cross-Motion for Enforcement of Settlement Agreement and Request for a Permanent Injunction and Attorneys' Fees, **IT IS THEREFORE ORDERED** that:

1. Defendants SGI Co., Ltd., Shin Woo Good Item Corp., Hair Technic, Suhp Hur, and Min Hur, and their officers, agents, directors, employees, salespersons, independent contractors, subsidiaries, affiliates, successors, assigns, agents and distributors (whether such person or entity is acting directly or through another person, corporation, subsidiary, division, or other device), and all other persons or entities in active concert or participation with any of them who receive actual notice of this Order, are hereby permanently enjoined from, or assisting others in,

    A. Manufacturing, making, distributing, advertising, marketing, offering or offering for sale any goods bearing the following T3 Micro trademarks: Singlepass, The Science of Fabulous, Softaire, Featherweight, Overnight, Evolution, T3, T3 Tourmaline and/or Bespoke Labs, or any other products substantially or confusingly similar to such goods.

    B. Making statements to anyone or to the public that they have the ability to sell or market goods associated with T3 Micro.

2. Defendants SGI Co., Ltd., Shin Woo Good Item Corp., and Hair Technic shall take all reasonable steps to ensure that all of its principals, officers, directors, managers, employees, agents, and representatives who engage in conduct related to the subject matter of the Order are aware of the Order and its contents.

-1-
W02-WEST:1JUS1\403735902.1

3. This Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

**IT IS SO ORDERED**

**Dated: July 15, 2011**

*S. James Otero*

**HONORABLE S. JAMES OTERO**
**UNITED STATES DISTRICT JUDGE**

W02-WEST:1JUS1\403735902.1